De Witt C. Becker et al., as Surviving Partners of the Firm of David Bradt, Becker & Co., Appellants, *v.* John Krank et al., Respondents.

*Becker* v. *Krank*, 75 App. Div. 191, affirmed.
(Argued June 12, 1903; decided October 6, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1902, upon an order reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial.

*John A. Delehanty* for appellants.

*R. J. Cooper* and *Frank Cooper* for respondents.

Judgment affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Martin and Vann, JJ.